STAN S. MALLISON (Bar No. 184191)
  StanM@TheMMLawFirm.com
HECTOR R. MARTINEZ (Bar No. 206336)
  HectorM@TheMMLawFirm.com
MARCO A. PALAU (Bar. No. 242340)
  MPalau@TheMMLawFirm.com
JOSEPH D. SUTTON (Bar No. 269951)
  JSutton@TheMMLawFirm.com
ERIC S. TRABUCCO (Bar No. 295473)
  ETrabucco@TheMMLawFirm.com
MALLISON & MARTINEZ
1939 Harrison Street, Suite 730
Oakland, California 94612-3547
Telephone: (510) 832-9999
Facsimile: (510) 832-1101

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELICA GARCIA,<br><br>    Plaintiff,<br><br>vs.<br><br>P & Z FOODS, INC., et al. and DOES 1 through 20, inclusive,<br><br>    Defendants. | Case No. 17-cv-06253-MEJ<br><br>**PLAINTIFF'S REQUENST TO ENTER DEFAULT AGAINST DEFENDANT P&Z FOODS, INC.** |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

Plaintiff hereby respectfully requests that the Clerk of the above-entitled Court enter a default in this matter against Defendant P & Z Foods, Inc. on the ground that said defendant has failed to appear or otherwise respond to the complaint within the time prescribed by the Federal Rules of Civil Procedure. Plaintiff served the complaint on January 4, 2016. (See Declaration of Joseph D. Sutton ¶2 ("Sutton Decl.").) This is evidenced by the Proof of Service of Summons on file with this Court. (Doc. 24.) Therefore, pursuant to FRCP 12(a)(1)(A)(i), Defendant P & Z Foods, Inc. had until April 23, 2018 to file and serve its answer. (Sutton Decl. ¶2.) To date, Defendant P & Z Foods, Inc. has not filed and served an answer to the complaint, nor has it filed a FRCP 12 motion. (Sutton Decl. ¶3.) The above stated facts are set forth in the accompanying declaration of Joseph D. Sutton filed herewith.

Dated: May 23, 2018  **MALLISON & MARTINEZ**
Attorneys for Plaintiffs

By: */s/ Joseph D. Sutton*

MALLISON & MARTINEZ
Attorneys at Law
1939 Harrison St., Ste. 730
Oakland, California 94612
510.832.9999

1
REQUENST TO ENTER DEFAULT AGAINST DEFENDANT P & Z FOODS, INC.   *Case No.* 17-cv-06253-MEJ