STAN S. MALLISON (Bar No. 184191)
  StanM@TheMMLawFirm.com
HECTOR R. MARTINEZ (Bar No. 206336)
  HectorM@TheMMLawFirm.com
MARCO A. PALAU (Bar. No. 242340)
  MPalau@TheMMLawFirm.com
JOSEPH D. SUTTON (Bar No. 269951)
  JSutton@TheMMLawFirm.com
ERIC S. TRABUCCO (Bar No. 295473)
  ETrabucco@TheMMLawFirm.com
MALLISON & MARTINEZ
1939 Harrison Street, Suite 730
Oakland, California 94612-3547
Telephone: (510) 832-9999
Facsimile: (510) 832-1101

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELICA GARCIA,<br><br>             Plaintiff,<br><br>     vs.<br><br>P & Z FOODS, INC., et al. and DOES 1 through 20, inclusive,<br><br>             Defendants. | Case No. 17-cv-06253-MEJ<br><br>**DECLARATION OF JOSEPH D. SUTTON IN SUPPORT OF PLAINTIFF'S REQUENST TO ENTER DEFAULT AGAINST DEFENDANT P & Z FOODS, INC.** |

MALLISON & MARTINEZ
Attorneys at Law
1939 Harrison St., Ste. 730
Oakland, California 94612
510.832.9999

SUTTON DECL. ISO REQUENST TO ENTER DEFAULT AGAINST P & Z FOODS, INC.   *Case No. 17-cv-06253*

I, Joseph D. Sutton, declare the following:

1. I am an attorney at law licensed to practice before all courts of the State of California and am an Associate Attorney at the Law Firm of Mallison & Martinez. Mallison and Martinez is counsel for the Plaintiff in the above-captioned case. I am familiar with the above-captioned litigation and the dispute from which it arises. All statements made herein are on personal knowledge unless otherwise stated. If called as a witness, I could competently testify as to matters stated herein.

2. Defendant P & Z Foods Inc. was served with the summons and complaint in this matter on April 2, 2018. (See Proof of Service at Doc. 24.) Therefore, pursuant to FRCP 12(a)(1)(A)(i), Defendant P & Z Foods, Inc. had until April 23, 2018 to file and serve it's answer.

3. To date, Defendant P & Z Foods, Inc. has not filed and served an answer to the complaint, nor has it filed a FRCP 12 motion.

4. To my knowledge, Defendant P & Z Foods, Inc. is not a minor nor an incompetent person.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Date: May 23, 2018

MALLISON & MARTINEZ

*/s/ Joseph D. Sutton*

MALLISON & MARTINEZ
Attorneys at Law
1939 Harrison St., Ste. 730
Oakland, California 94612
510.832.9999

1
SUTTON DECL. ISO REQ. TO ENTER DEFAULT AGAINST P & Z FOODS, INC.   Case No. 17-cv-06253