UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 Golden Gate Avenue
San Francisco, CA 94102

_____

www.cand.uscourts.gov

Susan Y. Soong  
Clerk of Court

General Court Number  
415-522-2000

May 25, 2018

RE: 17-cv-06253-MEJ  Garcia v. Zavala

Default is entered as to P & Z Foods Inc. on May 25, 2018.

Susan Y. Soong, Clerk

by: Hilary Jackson  
Case Systems Administrator  
522-4261