**JOHN F. MARTIN (SBN 52618)**
*john@johnfmartinlaw.com*
**MARTA VANEGAS (SBN 278328)**
*marta@johnfmartinlaw.com*
**LAW OFFICES OF JOHN F. MARTIN, P.C.**
3100 Oak Road, Suite 230
Walnut Creek, CA 94597
Phone - (925) 937-5433
Facsimile - (925) 938-5567

Attorneys for Defendant/Crossclaimant
PASCUAL ZAVALA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELICA GARCIA<br><br>Plaintiff<br><br>v.<br><br>P&Z FOODS, INC., et al. and DOES 1-20, inclusive,<br><br>Defendants. | CASE NO. 3:17-cv-03986-MEJ<br><br>**DEFENDANT/CROSSCLAIMANT'S REQUEST TO ENTER DEFAULT AGAINST P&Z FOODS, INC.** |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

Defendant/Crossclaimant PASCUAL ZAVALA hereby respectfully requests that the Clerk of the above-entitled Court enter a default in this matter against Defendant P&Z FOODS, INC. on the ground that said defendant has failed to appear or otherwise respond to the Answer to Complaint and Crossclaims within the time prescribed by the Federal Rules of Civil Procedure. Defendant/Crossclaimant served Defendant P&Z FOODS, INC. with the Answer to Complaint and Crossclaims on June 15, 2018 (See Declaration of Marta R. Vanegas ¶2 ("Vanegas Decl.").) This is evidenced by the Declaration of Service on file with this Court (Doc.

35). Therefore, pursuant to FRCP 12(a)(1)(A)(i), Defendant P&Z FOODS, INC. has not filed and served an answer to the crossclaims, nor has it filed a FRCP 12 motion. (Vanegas Decl. ¶3.) The above stated facts are set forth in the accompanying declaration of Marta R. Vanegas filed herewith.

DATED: August 1, 2018

        LAW OFFICES OF JOHN F. MARTIN
        A Professional Corporation

        By: /s/ Marta Vanegas
             Marta R. Vanegas

        Attorneys for Defendant/Crossclaimant
        PASCUAL ZAVALA

2

*Garcia v. P&Z Foods, et al.,* Case No. 17-cv-06235 MEJ
Defendant's Request To Enter Default Against P&Z Foods., Inc.