UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 Golden Gate Avenue
San Francisco, CA 94102

www.cand.uscourts.gov

Susan Y. Soong                                                                                  General Court Number
Clerk of Court                                                                                           415-522-2000

August 17, 2018

RE: 17-cv-06253-MEJ  Garcia v. Zavala

Default is entered as to P & Z Foods Inc. on August 17, 2018.

Susan Y. Soong, Clerk

by:  Hilary Jackson
Case Systems Administrator
522-4261