STAN S. MALLISON (Bar No. 184191)
Stanm@TheMMLawFirm.com
HECTOR R. MARTINEZ (Bar No. 206336)
Hectorm@TheMMLawFirm.com
NATALIA RAMIREZ LEE (Bar No. 322017)
Nramirezlee@TheMMLawFirm.com
LILIANA GARCIA (Bar No. 311396)
Lgarcia@TheMMLawFirm.com
STACI SCHOFF (Bar No. 320692)
Staci@TheMMLawFirm.com
DAVID GOMEZ (Bar No. 322749)
Dgomez@TheMMLawFirm.com
MALLISON & MARTINEZ
1939 Harrison Street, Suite 730
Oakland, California 94612-3547
Telephone: (510) 832-9999
Facsimile: (510) 832-1101

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## CALIFORNIA NORTHERN DISTRICT – SAN FRANCISCO

| | |
|---|---|
| ANGELICA GARCIA,<br><br>      Plaintiff,<br><br>   vs.<br><br>P&Z FOODS, INC., et al.; and Does 1 through 20, inclusive,<br><br>      Defendants. | Case No. 3:17-cv-06253-TSH<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that the following attorneys of record have resigned from the law firm of Mallison & Martinez:

Marco A. Palau (Bar No. 242340)

Joseph D. Sutton (Bar No. 269951)

Eric S. Trabucco (Bar No. 295473)

Please remove the attorneys named above from the docket and service list of this case. At least one member of the law firm of Mallison & Martinez will continue to represent Plaintiffs in this action, specifically Stan S. Mallison, Hector R. Martinez, Staci Schoff, Natalia Ramirez Lee, David Gomez and Liliana Garcia who are members of the Bar of this Court.

Respectfully submitted,

Dated: February 7, 2019                                     MALLISON & MARTINEZ

                                              By:   /s/Stan S. Mallison
                                                    Stan S. Mallison
                                                    Hector R. Martinez
                                                    Staci Schoff
                                                    Natalia Ramirez Lee
                                                    David Gomez
                                                    Liliana Garcia
                                                    Attorneys for Plaintiffs