IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELICA GARCIA,<br><br>    Plaintiff,<br>  v.<br><br>PASCUAL ZAVALA, et al.,<br><br>    Defendants.<br>_____/ | No. C 17-6253 MMC<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION; SETTING ASIDE IN PART ORDER GRANTING MOTION TO WITHDRAW; DIRECTIONS TO PARTIES** |

Before the Court is Magistrate Judge Thomas S. Hixson's Report and Recommendation, filed January 29, 2020, by which said Magistrate Judge recommends the Court grant plaintiff's "Motion for Leave to Amend Complaint and Class Certification Deadlines."[1] No objection to the Report and Recommendation has been filed.

Having reviewed the matter de novo, the Court hereby ADOPTS the Report and Recommendation, and, accordingly, GRANTS plaintiff's motion, as follows: (1) plaintiff is afforded leave to amend and is hereby DIRECTED to file the First Amended Complaint, as a separate document and no later than March 5, 2020; and (2) in light of thereof, the pending deadlines for class discovery and certification are hereby VACATED and will be reset as appropriate at the Case Management Conference scheduled for May 8, 2020.

---

[1] The above-titled case was reassigned to the undersigned on January 30, 2020.

Additionally, given the current posture of the case, the Court hereby SETS ASIDE the "Order Granting Motion to Withdraw as Counsel With Conditions," filed May 13, 2019, to the extent such order requires former counsel for defendant Pascual Zavala ("Zavala") to serve on Zavala all documents filed by the Court and other parties; all parties are hereby DIRECTED to serve Zavala directly at the following address: Pascual Zavala, 2193 Railroad Avenue, Pittsburg, CA 94565.

**IT IS SO ORDERED.**

Dated: March 2, 2020

MAXINE M. CHESNEY
United States District Judge