STAN S. MALLISON (Bar No. 184191)
  StanM@TheMMLawFirm.com
HECTOR R. MARTINEZ (Bar No. 206336)
  HectorM@TheMMLawFirm.com
HEATHER M. HAMILTON (Bar No. 332545)
  HHamilton@TheMMLawFirm.com
MALLISON & MARTINEZ
1939 Harrison Street, Suite 730
Oakland, California 94612-3547
Telephone: (510) 832-9999
Facsimile: (510) 832-1101

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CALIFORNIA NORTHERN DISTRICT - CALIFORNIA

| | |
|---|---|
| ANGELICA GARCIA, individually and acting in the interest of other current and former employees,<br><br>Plaintiff,<br><br>vs.<br><br>P & Z FOODS, INC., a California Limited Liability Company; PASCUAL ZAVALA, an individual; P & Z GROUP, INC., a California Corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No: **3:17-cv-06253-MMC**<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST TO DISMISS CLASS CLAIMS WITHOUT PREJUDICE IN ADVANCE OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT; VACATING HEARING**<br><br>Date: ~~August 6, 2021~~<br>Time: ~~9:00 a.m.~~<br>Location: San Francisco Courthouse,<br>Dept.: Courtroom 7—19th Fl.<br><br>*Before the Honorable Maxine M. Chesney* |

**[PROPOSED] ORDER**

Having read and considered Plaintiff's Request for the Dismissal of Class Claims without alleged on behalf of the putative class ("Class Claims") Prejudice, IT IS ORDERED that Plaintiff's request to dismiss ~~class~~ claims without prejudice is GRANTED, and all Class Claims in the instant action are hereby DISMISSED without prejudice, the Court having found, for the reasons stated by Plaintiff, the *Diaz* factors, if still applicable, weigh in favor of such relief.[1]

**IT IS SO ORDERED**.

Dated: ___July 9___, 2021

MAXINE M. CHESNEY
District Court Judge for the
Northern District of California

---

[1] In light of the above, the hearing scheduled for August 6, 2021, is hereby VACATED.