UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANGELICA GARCIA,

Plaintiff.

v.

PASCUAL ZAVALA, et al.,

Defendants.

Case No.  17-cv-06253-MMC

**JUDGMENT IN A CIVIL CASE**

Re: Dkt. No. 125

**(X)  Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

1. To the extent Garcia is seeking default judgment against Zavala and P & Z Foods, the motion is hereby GRANTED.

2. To the extent Garcia is seeking default judgment against P & Z Group, the motion is hereby DENIED.

3. To the extent Garcia is seeking individual damages, civil penalties, attorneys' fees, and costs, the motion is hereby GRANTED, and Garcia is awarded individual damages in the amount of $63,278.82, civil penalties in the amount of $270,770.24, attorneys' fees in the amount of $179,776.69, and costs in the amount of $4,399.52, for a total amount of $518.225.27.

**IT IS SO ORDERED AND ADJUDGED**

Dated: 1/7/2022

Mark B. Busby, Clerk of Court

Tracy Geiger

Tracy Geiger
Deputy Clerk

United States District Court
Northern District of California